UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| CATHERINE COFFMAN, | Case No. 1:21-cv-08648-LJL |
| Plaintiff, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL** |
| THE EXONE COMPANY, PAUL A. CAMUTI, JOHN F. HARTNER, JOHN IRVIN, GREGORY F. PASHKE, S. KENT ROCKWELL, WILLIAM F. STROME, ROGER W. THILTGEN, and BONNIE K. WACHTEL, | |
| Defendants. | |

---

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Catherine Coffman ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action"). Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: December 20, 2021

**WEISSLAW LLP**

By  */s/ Richard A. Acocelli*
Richard A. Acocelli
305 Broadway, 7th Floor
New York, New York 10007
Telephone: (212) 682-3025
Facsimile: (212) 682-3010
Email: racocelli@weisslawllp.com

*Attorneys for Plaintiff*